**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

```
ARTHUR BARNES,                      )
                                    )
                Plaintiff,          )    CIVIL ACTION
                                    )
v.                                  )    No.  12-1032-MLB
                                    )
SPIRIT AEROSYSTEMS, INC., et al.,   )
                                    )
                Defendants.         )
                                    )
```

**MEMORANDUM AND ORDER**

Plaintiff's motion for an extension of time to reply is granted. (Doc. 51). Plaintiff must respond by October 29, 2012.

IT IS SO ORDERED.

Dated this __4th__ day of October 2012, at Wichita, Kansas.

s/ Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE